IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

John Doe, *et al*

        Plaintiffs,

v.                                                        Case No 3:18CV471

State of Tennessee, *et al*

        Defendants.

### Plaintiff John Doe's Motion to Ascertain Status of Case
### Motion for Protective Order,
### Motion to Seal Docket #82-85

COMES NOW the Plaintiff, John Doe and MOVES THE COURT, pursuant to Local Rule 7.01(c) to the Ascertain Status of the Case.

    John Doe now asks if it was the Court's intent, in its sound discretion, in issuing the May 25, 2018 order to permit John Doe to proceed using a pseudonym, without need for formal motion for protective order. Further, John Doe seeks to clarify whether in issuing additional Orders, Docket #22, 33, 44, the Court was further manifesting its sound discretion to permit John Doe to proceed pseudonymously, as to his children and estranged spouse.

    For the sake of clarity, John Doe MOVES FOR A PROTECTIVE ORDER allowing him to prosecute this suit under a pseudonym for himself, to bring suit for his minor children under pseudonyms, and to bring and prosecute suit against his wife, by a pseudonym.

    Furthermore, John Doe MOVES TO SEAL Docket #82-85.

Respectfully Submitted,
November 26, 2018

                                                      /s John Doe                .
                                                      John Doe, *Pro se*

John Doe
PO Box 280361
Nashville, TN 37228
johndoeplaintiff@gmail.com
Phone Number on file with clerk

## Certificate of Service

      I hereby certify that all counsel for all defendants were served on the date above by the ECF/CM system, except Jane Doe, who was served in accordance with our existing email service agreement, as noted in the service affidavit under seal (Docket #39).

      /s John Doe          .
      John Doe, *Pro se*