The motion is GRANTED. The Clerk's Office is DIRECTED to terminate the motions filed at Docket Entry 74 and Docket Entry 81.

*Alistair Newbern* (signature)
Alistair E. Newbern
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

John Doe, *et al*

    Plaintiffs,

v.                             Case No 3:18CV471

State of Tennessee, *et al*

    Defendants.

Motion to Withdraw Documents:
Motion for Extension of Time #74
Motion to Seal and Protective Order Docket #81

Plaintiff, John Doe, hereby MOVES to withdraw the following filings:

Motion for Extension of Time, Docket #74
Motion to Seal and Protective Order, Docket #81

Respectfully Submitted,
November 26, 2018

                                          /s John Doe                .
                                          John Doe, *Pro se*

John Doe
PO Box 280361
Nashville, TN 37228
johndoeplaintiff@gmail.com
Phone Number on file with clerk

### Certificate of Service

     I hereby certify that all counsel for all defendants were served on the date above by the ECF/CM system, except Jane Doe, who was served in accordance with our existing email service agreement, as noted in the service affidavit under seal (Docket #39).

                                          /s John Doe          .
                                          John Doe, *Pro se*