# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:18-cv-00471 |
| STATE OF TENNESSEE, et al., | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 36), which was filed on October 26, 2018. Through the Report and Recommendation, the Magistrate Judge recommends the Court deny Plaintiff John Doe's motions seeking a temporary restraining order (Doc. No. 10), preliminary injunction (Doc. No. 11), and a hearing on those motions (Doc. No. 29). Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Plaintiff John Doe's motions seeking a temporary restraining order (Doc. No. 10), preliminary injunction (Doc. No. 11), and a hearing on those motions (Doc. No. 29) are **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE