# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

John Doe, 18–471, et al.

                Plaintiff,

v.                               Case No.: 3:18–cv–00471

Tennessee, State of, et al.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/12/2019 re [117].

                                                                  Kirk L. Davies
                                                 s/ Jeremy Medley, Deputy Clerk