**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 07, 2021

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

      Re:  Case No. 19-6019, *John Doe, et al v. TN, et al*
           Originating Case No. : 3:18-cv-00471

Dear Ms. Hill:

  Enclosed is a copy of the mandate filed in this case.

                                   Sincerely yours,

                                   s/Patricia J. Elder
                                   Senior Case Manager

cc:  Mr. Jordan Crews
     Ms. John Doe
     Mr. Daniel Mark Nolan

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-6019

_____

Filed: January 07, 2021

JOHN DOE, 18-471

      Plaintiff - Appellant

and

JOHNSON DOE, I; JOHNSON DOE, II; JOHNSON DOE, III

      Plaintiffs

v.

STATE OF TENNESSEE; WILLIAM BYRON LEE, in his official capacity as the Governor of the State of Tennessee; HERBERT H. SLATERY, III, in his official capacity as the Attorney General of the State of Tennessee; DEBORAH TAYLOR TATE, in her official capacity as the Administrator of State Court of the State of Tennessee; JANE DOE; CRAIG MONSUE, in his official capacity as Judge of Dickson County General Sessions Court; DAVID WOLFE; DICKSON COUNTY CHANCERY COURT; DICKSON COUNTY GENERAL SESSIONS COURT

      Defendants - Appellees

## MANDATE

    Pursuant to the court's disposition that was filed 09/18/2020 the mandate for this case hereby issues today.

COSTS: None